# EXHIBIT "A"

Case 4:25-cv-01764-MWB     Document 1-1     Filed 09/23/25     Page 1 of 7



June 5, 2025

| | |
|---|---|
| Andrew S. Abramson, Esquire | Jill M. Lashay, Esquire |
| ABRAMSON EMPLOYMENT LAW, LLC | BUCHANAN, INGERSOLL & ROONEY, P.C. |
| 790 Penllyn Blue Bell Pike | 409 N. Second Street, Suite 500 |
| Blue Bell, PA 19422 | Harrisburg, PA 17101 |

**Re:  Complaint Resolution
Butcher Registered Apprenticeship Program
Sponsored by Penn State University – Penn State Extension
Rapids Sponsor ID # 2021-PA-81138**

Dear Counsel:

The Commonwealth of Pennsylvania, Department of Labor and Industry, Apprenticeship and Training Office (ATO) received a complaint that Pennsylvania State University (PSU) did not appropriately handle a sexual harassment complaint involving one of the employers, Jubilee Farms, that participates in PSU's Butcher Registered Apprenticeship Program.

On behalf of the Pennsylvania Apprenticeship and Training Council (Council), the ATO undertook an investigation of the allegations.  Upon reviewing the information that has been provided throughout the complaint fact finding process, the ATO finds that neither the sponsor nor the employer have provided any supporting documentation.  The ATO concluded that PSU and Jubilee Farms are not in compliance with the Apprenticeship and Training Act, its regulation, or the program's Apprenticeship Standards.  The Council hereby accepts and adopts the following findings of the ATO.

**Complaint Review findings:**

1. Per PSU response from February 14, 2025, providing timeline of investigation, PSU failed to resolve complaint received within 15 days of the allegation.

Apprenticeship and Training Office | Department of Labor & Industry
651 Boas Street, 2nd Floor | Harrisburg, PA 17121-0750 | 717-787-6997 | apprenticeship@pa.gov | PA CareerLink® | Registered Apprenticeship
https://www.pacareerlink.pa.gov/jponline/Apprenticeships

Auxiliary aids and services are available upon request to individuals with disabilities.
Equal Opportunity Employer/Program

LH-213 REV 01-25

**SECTION 1 – PROGRAM ADMINISTRATION/SKILLED OCCUPATION 34 Pa. Code § 81.11; 34 Pa. Code §§ 81.61-81.64; 34 Pa. Code § 83.5(b)(1**):

G. Hear and resolve all complaints of violations of apprenticeship agreements.

**SECTION 23 - ADJUSTING DIFFERENCES; COMPLAINT PROCEDURE – 34 Pa. Code § 83.5(b)(21); 34 Pa. Code § 81.71; 34 Pa. Code § 83.10**

The program sponsor will hear and resolve all complaints of violations concerning the apprenticeship agreement and the registered apprenticeship standards for which written notification is received within 15 days of the alleged violations. For joint sponsors, this includes for issues regarding wages, hours, working conditions, and other issues covered by the CBA. The program sponsor will make such rulings as it deems necessary in each individual case within 30 days of receiving the written notification. Either party to the apprenticeship agreement may consult with ATO for an interpretation of any provision of these standards over which differences occur.

2. PSU failed to provide documentation of proof that the EEO Pledge was adequately displayed by the employer or that all parties associated with the apprenticeship were adequately informed of and periodically retrained on the EEO policy.

    **SECTION 20 - EQUAL OPPORTUNITY PLEDGE – 34 Pa. Code § 81.11; 34 Pa. Code § 83.5(b)(20); Title 29 CFR 29.5(b)(21) and 30.3(c)(1)**
    The program sponsor will not discriminate against apprenticeship applicants or apprentices based on race, color, religion, national origin, sex (including pregnancy and gender identity), sexual orientation, genetic information, or because they are an individual with a disability or a person 40 years old or older. The program sponsor will take affirmative action to provide equal opportunity in apprenticeship and will operate the apprenticeship program as required under Title 29 of the Code of Federal Regulations, part 30 and equal employment opportunity regulations of the Commonwealth of Pennsylvania.

Complaint Resolution
June 5, 2025
Page **3** of **6**

> **29 CFR 30.3(b)(2)-INTERNAL DISSEMINATION OF EQUAL OPPORTUNITY POLICY**
>
> The sponsor must inform all applicants for apprenticeship, apprentices, and individuals connected with the administration or operation of the registered apprenticeship program of its commitment to equal opportunity and its affirmative action obligations. In addition, the sponsor must require that individuals connected with the administration or operation of the apprenticeship program take the necessary action to aid the sponsor in meeting its nondiscrimination and affirmative action obligations under this part. A sponsor, at a minimum, is required to:
>
> (i) Publish its equal opportunity pledge—set forth in paragraph (c) of this section—in the apprenticeship standards required under § 29.5(b) of this title, and in appropriate publications, such as apprentice and employee handbooks, policy manuals, newsletters, or other documents disseminated by the sponsor or that otherwise describe the nature of the sponsorship;
>
> (ii) Post its equal opportunity pledge from paragraph (c) of this section on bulletin boards, including through electronic media, such that it is accessible to all apprentices and applicants for apprenticeship;
>
> (iii) Conduct orientation and periodic information sessions for individuals connected with the administration or operation of the apprenticeship program, including all apprentices and journeyworkers who regularly work with apprentices, to inform and remind such individuals of the sponsor's equal employment opportunity policy with regard to apprenticeship, and to provide the training required by paragraph (b)(4)(i) of this section; and
>
> (iv) Maintain records necessary to demonstrate compliance with these requirements and make them available to the Registration Agency upon request.

3. PSU failed to provide documentation of proof that they provided or that they required their associated employers to provide anti-harassment training to all apprentices.

   **29 CFR 30.3(b)(4)- Maintaining apprenticeship programs free from harassment, intimidation, and retaliation.**

Complaint Resolution
June 5, 2025
Page **4** of **6**

The sponsor must develop and implement procedures to ensure that its apprentices are not harassed because of their race, color, religion, national origin, sex, sexual orientation, age (40 or older), genetic information, or disability and to ensure that its apprenticeship program is free from intimidation and retaliation as prohibited by § 30.17. To promote an environment in which all apprentices feel safe, welcomed, and treated fairly, the sponsor must ensure the following steps are taken:
(i) Providing anti-harassment training to all individuals connected with the administration or operation of the apprenticeship program, including all apprentices and journeyworkers who regularly work with apprentices. This training must not be a mere transmittal of information, but must include participation by trainees, such as attending a training session in person or completing an interactive training online. The training content must include, at a minimum, communication of the following:
(A) That harassing conduct will not be tolerated.
(B) The definition of harassment and the types of conduct that constitute unlawful harassment on the basis of race, color, religion, national origin, sex, sexual orientation, age (40 or older), genetic information, and disability; and
(C) The right to file a harassment complaint under § 30.14 of this part.

**OFFICE OF APPRENTICESHIP CIRCULAR NO. 2023-01: 4. EEO in Registered Apprenticeship b. Promoting Discrimination-free and Harassment-free Environments (§ 30.3)**
Sponsors are responsible for ensuring all aspects of the RAP, including on-the-job-learning (OJL) and related instruction (RI) components and mentoring are in compliance with the EEO regulations. In instances where sponsors have employer acceptance agreements, the sponsor of record is responsible for ensuring its OJL and RI training partners adhere to the requirements under this provision, and that these components are free from discrimination and harassment. Sponsors with participating employers are also responsible for ensuring EEO standards are maintained at these sites, and failure to do so may result in deregistration.
Consistent with the National Apprenticeship Act's express commitment to ensuring the welfare of apprentices, program sponsors have a legal obligation to immediately investigate, address, and report to the

Complaint Resolution
June 5, 2025
Page **5** of **6**

      appropriate Registration Agency (either OA or an SAA), or to other EEO or law enforcement agencies, as appropriate all instances of discrimination, harassment, intimidation, and workplace violence (including assault) at places of business where apprentices are employed. Additionally, program sponsors are reminded that they are liable under OA's regulations for any such unlawful conduct that their affiliated or contracting employers ignore, tolerate, or encourage.

4. PSU failed to provide documentation of proof that they provided the necessary level of oversight needed to ensure compliance with the Standards of Apprenticeship.

    **SECTION 1 – PROGRAM ADMINISTRATION/SKILLED OCCUPATION 34 Pa. Code § 81.11; 34 Pa. Code §§ 81.61-81.64; 34 Pa. Code § 83.5(b)(1)**:
    Program sponsors are responsible for the administration of all aspects of the registered apprenticeship program.

    L. Supervise all the provisions of the local standards and be responsible, in general, for the successful operation of the standards…

    **EMPLOYER ACCEPTANCE AGREEMENT – Appendix E**
    The undersigned employer hereby subscribes to the provisions of the Registered Apprenticeship Standards and agrees to carry out the intent and purpose of said Standards and to abide by the rules and decisions of the program Sponsor established under these Standards. The employer further agrees to allow the Sponsor to access the employer's records to confirm compliance with the terms of the Apprenticeship Standards and requirements of 34 Pa. Code § 81 through 83.11. The employer has been provided a copy of the Standards and has read and understood them, and requests certification to train apprentices under the provisions of these Standards.

Based on the complaint filed and the review findings, the ATO concluded that PSU did not follow the appropriate procedures to investigate the complaint. Furthermore, PSU failed to provide sufficient evidence that it ensured the employer, Jubilee Farms, displayed the EEO/complaint materials according to

the requirements for a registered apprenticeship program. Additionally, during the review process, the ATO requested information from PSU on multiple occasions. PSU's responses were vague and failed to include any back-up documentation that it had followed the responsibilities of sponsors to oversee the employer, thereby ensuring a successful program. In conclusion, the ATO recommend that PSU be given a 90-day deadline to work with the employer and correct the above findings.

The Pennsylvania Apprenticeship and Training Council hereby adopts the findings and recommendations of the ATO.

Pennsylvania Apprenticeship and
Training Council

_____
Lisa Godlewski
Chair