IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDREA BAUMAN

Plaintiff,

v.

No. 4:25-cv-01764-MWB

PENNSYLVANIA STATE UNIVERSITY

Hon. Matthew W. Brann, C. J.

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

The parties further stipulate and agree that this Court shall retain jurisdiction over this matter for a period of sixty (60) days from the date of this Stipulation for purposes of enforcing the terms of the settlement agreement reached by the parties.

/S/ Andrew S. Abramson, Esq.

Andrew S. Abramson, Esq.
Abramson Employment Law, LLC
790 Penllyn Blue Bell Pike, Suite 205
Blue Bell, PA 19422

Attorney for Plaintiff

Dated: May 29, 2026

/S/ Jill M. Lashay, Esq.

Jill M. Lashay, Esq.
Alyssa K. Stouder, Esq.
Buchanan Ingersoll & Rooney PC
409 North Second Street – Suite 500
Harrisburg, PA 17101

Attorneys for Defendant

Dated: May 29, 2026

**APPROVED AND SO ORDERED:**

____________________________________
Hon. Matthew W. Brann
Chief United States District Judge
Middle District of Pennsylvania

Dated: